**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Paul J. HARRIS, Defendant—
Appellant.**

**No. 08–7267.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 23, 2008.

Paul J. Harris, Appellant Pro Se. Timothy D. Belevetz, Assistant United States Attorney, Alexandria, Virginia; Betsy C. Jividen, Robert Hugh McWilliams, Jr., Assistant United States Attorneys, Wheeling, West Virginia; Brian James Samuels, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**182**

PER CURIAM:

Following his acquittal on charges of tax evasion and filing false tax returns, Paul J. Harris filed a motion for recovery of costs and fees under the Hyde Amendment, 18 U.S.C. 3006A (2006), alleging bad faith by the Government in prosecuting him. He also requested an in camera production of internal government memoranda. The district court denied these motions, and Harris appealed. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris,* No. 5:07–cr–00022–PS–JES–1 (N.D.W.Va. July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*